APPEAL,CAP,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:23−cr−00341−RBW</u>−1

Case title: USA v. LICHNOWSKI

Magistrate judge case number:  1:23−mj−00181−RMM

Date Filed: 09/28/2023

Assigned to: Judge Reggie B. Walton

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **ANNA LICHNOWSKI** | represented by | **Terrell Roberts , III** |

ROBERTS & WOOD
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
(301) 699−0764
Fax: (301) 699−8706
Email: troberts@robertsandwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Augustus Sol Invictus**
THE INVICTUS LAW FIRM, P.A.
424 E. Central Blvd.
#731
Orlando, FL 32801
407−900−2848
Email: invictuspa@protonmail.com
*ATTORNEY TO BE NOTICED*
Designation: Retained

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building (1) | FORTY−FIVE (45) DAYS; THREE (3) YEARS Supervised Release; $500 RESTITUTION (total for all cts); $2,500 FINE to run concurrent with all other cts; $25 Special Assessment (total of $70). |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and | THREE (3) YEARS Probation, to run concurrent with Counts 3 and 4 as well as with Supervised Release; $500 RESTITUTION (total for all cts); |

| | |
|---|---|
| Disruptive Conduct in a Restricted Building (2) | $2,500 FINE to run concurrent with all other cts; $25 Special Assessment (total of $70). |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (3) | ONE (1) YEAR Probation, to run concurrent with Counts 2 and 4 as well as with Supervised Release; $500 RESTITUTION (total for all cts); $2,500 FINE to run concurrent with all other cts; $10 Special Assessment (total of $70). |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (4) | ONE (1) YEAR Probation, to run concurrent with Counts 2 and 3 as well as with Supervised Release; $500 RESTITUTION (total for all cts); $2,500 FINE to run concurrent with all other cts; $10 Special Assessment (total of $70). |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D) and 40:5104(e)(2)(G) | VERDICT OF GUILTY |

---

**Plaintiff**

| **USA** | represented by | **Eric Boylan** |
|---|---|---|
| | | DOJ–USAO |
| | | US Attorney's Office, D.C. |
| | | 601 D Street NW |
| | | Washington DC, DC 20001 |
| | | (202) 252–7215 |
| | | Email: eric.boylan@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |

**Jake Struebing**
U.S. ATTORNEY'S OFFICE
601 D Street NW
Washington, DC 20530
202–252–6931
Email: jake.struebing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2023 | 1 | SEALED COMPLAINT as to ANNA LICHNOWSKI (1). (Attachments: # 1 Statement of Facts) (zstd) [1:23–mj–00181–RMM] (Entered: 07/24/2023) |
| 07/24/2023 | 3 | MOTION to Seal Case by USA as to ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order)(zstd) [1:23–mj–00181–RMM] (Entered: 07/24/2023) |
| 07/24/2023 | 4 | ORDER granting 3 Motion to Seal Case as to ANNA LICHNOWSKI (1). Signed by Magistrate Judge Robin M. Meriweather on 7/24/2023. (zstd) [1:23–mj–00181–RMM] (Entered: 07/24/2023) |
| 07/27/2023 | | Arrest of ANNA LICHNOWSKI in Florida. (zstd) [1:23–mj–00181–RMM] (Entered: 08/03/2023) |
| 07/27/2023 | 5 | Arrest Warrant, dated 7/24/2023, Returned Executed on 7/27/2023 as to ANNA LICHNOWSKI. (zstd) [1:23–mj–00181–RMM] (Entered: 08/03/2023) |
| 07/27/2023 | | Case unsealed as to ANNA LICHNOWSKI (zstd) [1:23–mj–00181–RMM] (Entered: 08/03/2023) |
| 08/01/2023 | | MINUTE ORDER as to ANNA LICHNOWSKI (1): It is hereby ORDERED that Defendant appear for an initial appearance on 8/8/2023 at 1:00 p.m. before Magistrate Judge G. Michael Harvey. The hearing will be conducted by video teleconference; call–in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202–354–3142. SO ORDERED by Magistrate Judge Moxila A. Upadhyaya on 8/1/2023. (bb) [1:23–mj–00181–RMM] (Entered: 08/01/2023) |
| 08/03/2023 | 6 | Rule 5(c)(3) Documents Received as to ANNA LICHNOWSKI from United States District Court for the Middle District of Florida Case Number 8:23–mj–01931 (zstd) [1:23–mj–00181–RMM] (Entered: 08/03/2023) |
| 08/08/2023 | 8 | NOTICE OF ATTORNEY APPEARANCE: Terrell Roberts, III appearing for ANNA LICHNOWSKI (Roberts, Terrell) [1:23–mj–00181–RMM] (Entered: 08/08/2023) |
| 08/08/2023 | 9 | ENTERED IN ERROR..... MOTION for Leave to Appear Pro Hac Vice Augustus Invictus Filing fee $ 100, receipt number ADCDC–10260733. Fee Status: Fee Paid. by ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order Proposed Order, # |

| | | |
|---|---|---|
| | | 2 Declaration Delcaration, # 3 Exhibit Certificate of Good Standing)(Roberts, Terrell) Modified on 8/9/2023 (zstd). [1:23−mj−00181−RMM] (Entered: 08/08/2023) |
| 08/08/2023 | | NOTICE OF ERROR as to ANNA LICHNOWSKI regarding 9 MOTION for Leave to Appear Pro Hac Vice Augustus Invictus Filing fee $ 100, receipt number ADCDC−10260733. Fee Status: Fee Paid. The following error(s) need correction: Declaration must have an original, ink signature. Please refile declaration only using the event Declaration. (zstd) [1:23−mj−00181−RMM] (Entered: 08/08/2023) |
| 08/08/2023 | 10 | MOTION for Leave to Appear Pro Hac Vice Augustus Invictus Filing fee $ 100, receipt number ADCDC−10261929. Fee Status: Fee Paid. by ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Declaration Delcaration, # 3 Exhibit Certificate of Good Standing)(Roberts, Terrell) [1:23−mj−00181−RMM] (Entered: 08/08/2023) |
| 08/08/2023 | 11 | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for instructions as to ANNA LICHNOWSKI (1). Signed by Magistrate Judge G. Michael Harvey on 8/8/2023. (bb) [1:23−mj−00181−RMM] (Entered: 08/09/2023) |
| 08/08/2023 | | ORAL MOTION for Speedy Trial by USA as to ANNA LICHNOWSKI. (bb) [1:23−mj−00181−RMM] (Entered: 08/09/2023) |
| 08/08/2023 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC First Appearance in the District as to ANNA LICHNOWSKI (1) held on 8/8/2023. Defendant was present by video. Defendant retained Attorneys Augustus Invictus and Terrell Roberts, III as counsel. The Court advised the Government of its due process obligations under Rule 5(f). Conditions of release were imposed. Defendant waives the right to a timely Preliminary Hearing. Oral Motion by the Government for Speedy Trial Waiver as to ANNA LICHNOWSKI (1); heard and granted. Time between 8/8/2023, and 10/5/2023, shall be excluded from calculation of time in the interest of justice (XT) under the Speedy Trial Act. Preliminary Hearing/ Status Hearing set for 10/5/2023 at 1:00 PM by Telephonic/VTC before Magistrate Judge Moxila A. Upadhyaya. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond; Court Reporter: FTR Gold; FTR Time Frame: CTRM 6 [1:42:30−1:55:05], [2:04:26−2:19:47]; Defense Attorney: Augustus Invictus and Terrell Roberts, III; U.S. Attorney: Frederick Yette for Eric Boylan; Pretrial Officer: Katrina Stanford. (bb) [1:23−mj−00181−RMM] (Entered: 08/09/2023) |
| 08/08/2023 | | MINUTE ORDER as to ANNA LICHNOWSKI (1): As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 8/8/2023. (bb) [1:23−mj−00181−RMM] (Entered: 08/09/2023) |
| 08/08/2023 | 12 | ORDER Setting Conditions of Release as to ANNA LICHNOWSKI (1) Personal Recognizance Bond. Signed by Magistrate Judge G. Michael Harvey on 8/8/2023. (Attachments: # 1 Appearance Bond) (bb) [1:23−mj−00181−RMM] (Entered: 08/09/2023) |
| 08/11/2023 | 13 | ORDER as to ANNA LICHNOWSKI, ( Responses due by 8/18/2023). Signed by Magistrate Judge G. Michael Harvey on 8/11/23. (Attachments: # 1 Exhibit Letter of A. Invictus) (MFB) [1:23−mj−00181−RMM] (Entered: 08/11/2023) |

| 08/18/2023 | 14 | RESPONSE TO ORDER OF THE COURT by USA as to ANNA LICHNOWSKI re 13 Order, Set Deadlines (Boylan, Eric) [1:23−mj−00181−RMM] (Entered: 08/18/2023) |
|---|---|---|
| 08/21/2023 | | MINUTE ORDER as to ANNA LICHNOWSKI re 13 Order. The government has responded to the Court's order dated August 11, 2023, regarding the pro hac vice status of Augustus Invictus, who has been retained by Defendant to represent her in this case. The Court agrees with the government that the pending criminal charges against Invictus in Virginia state court do not require his disqualification at this time. Invictus shall inform the Court of any change in his criminal status, as well as the institution of any other proceedings against him that could result in denial of admission, disbarment, suspension from practice, reprimand, denial of "in good standing" status, or other disciplinary action. SO ORDERED. Signed by Magistrate Judge G. Michael Harvey on 8/21/23. (MFB) [1:23−mj−00181−RMM] (Entered: 08/21/2023) |
| 09/12/2023 | 15 | Unopposed MOTION for Protective Order by USA as to ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order)(Boylan, Eric) [1:23−mj−00181−RMM] (Entered: 09/12/2023) |
| 09/12/2023 | 16 | Unopposed MOTION for Order to Disclose Sealed and 6(e) Material by USA as to ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order to Disclose Sealed and 6(e) Material)(Boylan, Eric) [1:23−mj−00181−RMM] (Entered: 09/12/2023) |
| 09/18/2023 | 17 | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to ANNA LICHNOWSKI. Signed by Magistrate Judge Robin M. Meriweather on 9/18/2023. (zcll) [1:23−mj−00181−RMM] (Entered: 09/18/2023) |
| 09/18/2023 | | MINUTE ORDER as to ANNA LICHNOWSKI (1), GRANTING the government's unopposed 16 Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials and AUTHORIZING the government, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i) and the previously entered 17 Protective Order governing discovery in this case, to provide to defendant, and any co−defendant who may later be joined, materials protected by Federal Rule of Criminal Procedure 6(e), insofar as such disclosure is necessary for the government to comply with its discovery and disclosure obligations. So ORDERED, by Chief Judge James E. Boasberg on 9/18/2023. (nbn) [1:23−mj−00181−RMM] (Entered: 09/18/2023) |
| 09/28/2023 | 18 | INFORMATION as to ANNA LICHNOWSKI (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 09/29/2023) |
| 10/02/2023 | | MINUTE ORDER as to ANNA LICHNOWSKI: The hearing scheduled for 10/5/2023 before Magistrate Judge Moxila A. Upadhyaya is hereby VACATED, as the Defendant: has had an initial appearance in the jurisdiction, has had counsel retained, has been released on conditions, and has been charged by information. As such, there are no pending matters necessitating action by a magistrate judge. The parties are directed to contact the assigned District Judge to schedule a status hearing and arraignment, if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge Moxila A. Upadhyaya on 10/2/2023. (zcll) (Entered: 10/02/2023) |
| 10/02/2023 | | NOTICE OF HEARING as to ANNA LICHNOWSKI: Arraignment set for 10/19/2023 at 10:30 AM via Zoom before Judge Reggie B. Walton. (zalh) (Entered: 10/02/2023) |
| 10/03/2023 | 20 | |

| | | |
|---|---|---|
| | | Joint MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to ANNA LICHNOWSKI. (Boylan, Eric) (Entered: 10/03/2023) |
| 10/04/2023 | 21 | ORDER as to ANNA LICHNOWSKI: granting 20 Joint Motion to Exclude Time Under the Speedy Trial Act. With consent of both the defendant and the government, the time between 10/5/2023 and 10/19/2023, is excluded under the Speedy Trial Act. Signed by Judge Reggie B. Walton on October 4, 2023. (zalh) (Entered: 10/04/2023) |
| 10/19/2023 | | Minute Entry for proceedings held before Judge Reggie B. Walton: Arraignment as to ANNA LICHNOWSKI on Counts 1, 2, 3, and 4 held on 10/19/2023. Joint oral request for a 60 day continuance; heard and granted. Plea of NOT GUILTY entered on Counts 1, 2, 3, and 4. Speedy Trial Excludable (XT) started 10/19/2023 until 12/19/2023, in the interest of justice. Status Conference set for 12/19/2023 at 9:30 AM via Zoom before Judge Reggie B. Walton. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Tammi Sefranek; Defense Attorneys: Terrell Roberts III and Augustus Invictus; US Attorney: Eric Boylan. (zalh) (Entered: 10/19/2023) |
| 10/19/2023 | 23 | ORDER as to ANNA LICHNOWSKI. The parties shall appear for a Status Conference on 12/19/2023 at 9:30 AM via videoconference before Judge Reggie B. Walton. With the consent of both the defendant and the government, the time between 10/19/2023 and 12/19/2023, is excluded under the Speedy Trial Act. See order for details. Signed by Judge Reggie B. Walton on October 19, 2023. (zalh) (Entered: 10/19/2023) |
| 10/19/2023 | 24 | NOTICE OF ATTORNEY APPEARANCE: Augustus Sol Invictus appearing for ANNA LICHNOWSKI (Invictus, Augustus) (Entered: 10/19/2023) |
| 11/27/2023 | 25 | GENERAL ORDER GOVERNING CRIMINAL CASES BEFORE THE HONORABLE REGGIE B. WALTON as to ANNA LICHNOWSKI. Signed by Judge Reggie B. Walton on November 27, 2023. (lcrbw1) Modified to include defendant's name on 11/27/2023 (zalh). (Entered: 11/27/2023) |
| 12/04/2023 | 26 | MOTION to Continue *Status Hearing* by ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order Proposed Order)(Roberts, Terrell) (Entered: 12/04/2023) |
| 12/05/2023 | 27 | ORDER as to ANNA LICHNOWSKI granting 26 Motion to Continue Status Hearing. It is ORDERED that the status conference currently scheduled for December 19, 2023 Is Continued To February 27,2024 at 11:00 AM in Via Videoconference (ZOOM) before Judge Reggie B. Walton. Further Ordered That The Defendant Shall File A Signed Waiver On Or Before December 19, 2023 Indicating Whether The Defendant Waives Speedy Trial Acts Rights For The Time Between December 19, 2023 Through February 27, 2024. (See Order For Details) Signed by Judge Reggie B. Walton on 12/05/23. (mac) (Entered: 12/05/2023) |
| 12/21/2023 | 28 | WAIVER of Speedy Trial by ANNA LICHNOWSKI. (Roberts, Terrell) Modified text on 12/21/2023 (zstd). (Entered: 12/21/2023) |
| 01/09/2024 | 29 | NOTICE of *Waiver of Speedy Trial* by ANNA LICHNOWSKI (Roberts, Terrell) (Entered: 01/09/2024) |
| 01/23/2024 | 30 | ORDER as to ANNA LICHNOWSKI. With the consent of the defendant, the time between December 19, 2023, and February 27, 2024, is excluded under the Speedy Trial Act. Signed by Judge Reggie B. Walton on January 23, 2024. (zalh) (Entered: 01/23/2024) |
| 02/27/2024 | | |

| | | |
|---|---|---|
| | | Minute Entry for video proceedings held before Judge Reggie B. Walton: Status Conference as to ANNA LICHNOWSKI held on 2/27/2024. Defendant's oral request for a continuance; heard and granted in part and denied in part. Speedy Trial Excludable (XT) started 2/27/2024 until 7/8/2024, in the interest of justice. Status Conference set for 4/26/2024 at 10:00 AM via videoconference before Judge Reggie B. Walton. Jury Trial set for 7/8/2024 at 9:00 AM in Courtroom 16– In Person before Judge Reggie B. Walton. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Janice Dickman; Defense Attorneys: Terrell Roberts III and Augustus Invictus; US Attorney: Eric Boylan. (zalh) (Entered: 03/05/2024) |
| 02/27/2024 | 32 | ORDER as to ANNA LICHNOWSKI. The parties shall appear for a Status Conference on 4/26/2024 at 10:00 AM via videoconference before Judge Reggie B. Walton. With the consent of both the defendant, Anna Lichnowski, and the government, the time between 2/27/2024, and 7/8/2024, is excluded under the Speedy Trial Act. See order for details. Signed by Judge Reggie B. Walton on February 27, 2024. (zalh) (Entered: 03/05/2024) |
| 04/24/2024 | 34 | NOTICE OF ATTORNEY APPEARANCE Jake Struebing appearing for USA. (Struebing, Jake) (Entered: 04/24/2024) |
| 04/26/2024 | | Minute Entry for video proceedings held before Judge Reggie B. Walton: Status Conference as to ANNA LICHNOWSKI held on 4/26/2024. Motions are due by 5/17/2024. Responses are due by 5/31/2024. Replies are due by 6/7/2024. Joint Proposed Voir Dire, Proposed Jury Instructions, and Verdict Forms are due by 5/24/2024. Pretrial Conference set for 6/18/2024 at 2:00 PM in Courtroom 16– In Person before Judge Reggie B. Walton. Pretrial Scheduling Order forthcoming. Bond Status of Defendant: remains on Personal Recognizance/appeared via video; Court Reporter: Christine Asif; Defense Attorney: Augustus Invictus; US Attorneys: Eric Boylan and Jake Struebing. (zalh) (Entered: 04/26/2024) |
| 04/26/2024 | 35 | PRE–TRIAL SCHEDULING ORDER as to ANNA LICHNOWSKI. due by 6/7/2024. Motions in Limine and any other substantive motions are due by 5/17/2024. Responses are due by 5/31/2024. Replies are due by 6/7/2024. The government shall provide the defendant with notice of any evidence of other crimes it intends to use during the trial of this case pursuant to Federal Rule of Evidence 404(b) or evidence of prior convictions it intends to use for impeachment purposes, if the defendant decides to testify, on or before 5/17/2024. Any opposition to such notices shall be filed with the Court on or before 5/31/2024, and the government's response to any such opposition shall be filed on or before 6/7/2024. The parties shall file (1) a notice indicating any experts they intend to call as witnesses at trial on or before 5/24/2024; and (2) a notice indicating any opposition to the opposing party's proposed experts on or before 6/7/2024. Joint Proposed Voir Dire, Jury Instructions, and Verdict Forms are due by 5/24/2024. Pretrial Conference set for 6/18/2024 at 2:00 PM in Courtroom 16– In Person before Judge Reggie B. Walton. See order for details. Signed by Judge Reggie B. Walton on April 26, 2024. (zalh) (Entered: 04/26/2024) |
| 05/10/2024 | 36 | Consent MOTION for Extension of Time to File *Motions* by ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order Proposed Order)(Roberts, Terrell) (Entered: 05/10/2024) |
| 05/13/2024 | 37 | RESPONSE by USA as to ANNA LICHNOWSKI re 36 Consent MOTION for Extension of Time to File *Motions* (Boylan, Eric) (Entered: 05/13/2024) |

| | | |
|---|---|---|
| 05/17/2024 | 38 | ORDER as to ANNA LICHNOWSKI: granting 36 Defendant's Motion to Extend Deadline for Filing Motions. Motions in Limine and any other substantive motions are due by 5/25/2024. Responses are due by 6/10/2024. Replies are due by 6/14/2024. Pretrial Conference is continued to 7/1/2024 at 2:00 PM in Courtroom 16– In Person before Judge Reggie B. Walton. Jury Selection and Trial shall commence on 7/8/2024 at 9:00 AM in Courtroom 16– In Person before Judge Reggie B. Walton. Signed by Judge Reggie B. Walton on May 17, 2024. (zalh) (Entered: 05/17/2024) |
| 05/24/2024 | 39 | United States' Omnibus Motions In Limine by USA as to ANNA LICHNOWSKI. (Boylan, Eric) Modified text on 5/27/2024 (zstd). (Entered: 05/24/2024) |
| 05/24/2024 | 40 | Proposed Jury Instructions by USA as to ANNA LICHNOWSKI (Struebing, Jake) (Entered: 05/24/2024) |
| 05/28/2024 | 41 | ENTERED IN ERROR..... MOTION to Dismiss Count One and Two by ANNA LICHNOWSKI. (Roberts, Terrell) Modified on 5/28/2024 (zstd). (Entered: 05/28/2024) |
| 05/28/2024 | 42 | Amended MOTION to Dismiss Count *One and Two* by ANNA LICHNOWSKI. (Attachments: # 1 Exhibit Exhibits)(Roberts, Terrell) (Entered: 05/28/2024) |
| 05/28/2024 | | NOTICE OF ERROR as to ANNA LICHNOWSKI regarding 41 MOTION to Dismiss Count One and Two. The following error(s) were corrected: The corrected filing is at DE #42. (zstd) (Entered: 05/28/2024) |
| 05/28/2024 | 43 | MOTION in Limine *re Election Lawsuit* by ANNA LICHNOWSKI. (Roberts, Terrell) (Entered: 05/28/2024) |
| 06/07/2024 | 44 | RESPONSE by ANNA LICHNOWSKI re 39 MOTION in Limine *United States' Omnibus Motions In Limine* (Roberts, Terrell) (Entered: 06/07/2024) |
| 06/10/2024 | 45 | Memorandum in Opposition by USA as to ANNA LICHNOWSKI re 42 Motion to dismiss count(s) (Struebing, Jake) (Entered: 06/10/2024) |
| 06/10/2024 | 46 | RESPONSE by USA as to ANNA LICHNOWSKI re 43 MOTION in Limine *re Election Lawsuit* (Boylan, Eric) (Entered: 06/10/2024) |
| 06/10/2024 | 47 | REPLY by USA as to ANNA LICHNOWSKI re 40 Proposed Legal Instructions (Struebing, Jake) Modified to add link on 6/10/2024 (zstd). (Entered: 06/10/2024) |
| 06/14/2024 | 48 | REPLY in Support by USA as to ANNA LICHNOWSKI re 39 MOTION in Limine *United States' Omnibus Motions In Limine* (Boylan, Eric) (Entered: 06/14/2024) |
| 06/14/2024 | 49 | REPLY TO OPPOSITION to Motion by ANNA LICHNOWSKI re 42 Amended MOTION to Dismiss Count *One and Two* (Roberts, Terrell) (Entered: 06/14/2024) |
| 06/24/2024 | 50 | MOTION to Convert Hearing by ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order Proposed Order)(Roberts, Terrell) (Entered: 06/24/2024) |
| 06/25/2024 | 51 | ORDER as to ANNA LICHNOWSKI: granting 50 Motion to Convert Jury Trial to Court Trial. Jury Trial is CONVERTED to a Bench Trial set for 7/8/2024 at 9:00 AM in Courtroom 16– In Person before Judge Reggie B. Walton. Signed by Judge Reggie B. Walton on June 25, 2024. (zalh) (Entered: 06/26/2024) |
| 06/28/2024 | 52 | ORDER as to ANNA LICHNOWSKI. Bench Trial is continued to 2:00 PM on 7/8/2024 in Courtroom 16– In Person before Judge Reggie B. Walton. Signed by Judge Reggie B. Walton on June 28, 2024. (zalh) (Entered: 07/01/2024) |

| 07/01/2024 | | Minute Entry for proceedings held before Judge Reggie B. Walton: Pretrial Conference as to ANNA LICHNOWSKI held on 7/1/2024. Oral arguments heard. The Court grants in part and denies in part <u>39</u> United States' Omnibus Motions in Limine; denies <u>42</u> Defendant Anna Lichnowski's Amended Motion to Dismiss; and denies <u>43</u> Defendant's Motion in Limine – Election Board Lawsuit, for the reasons set forth on the record. Bond Status of Defendant: remains on Personal Recognizance; Court Reporter: Sonja Reeves; Defense Attorneys: Terrell Roberts III and Augustus Invictus; US Attorneys: Eric Boylan and Jake Struebing. (zalh) (Entered: 07/02/2024) |
| 07/02/2024 | <u>53</u> | ORDER as to ANNA LICHNOWSKI: granting in part, denying in part, denying without prejudice in part, and denying as moot in part <u>39</u> United States' Omnibus Motions in Limine; denying <u>42</u> Defendant Anna Lichnowski's Amended Motion to Dismiss; and denying as moot <u>43</u> Defendant's Motion in Limine – Election Board Lawsuit. Signed by Judge Reggie B. Walton on July 2, 2024. (zalh) (Entered: 07/02/2024) |
| 07/05/2024 | <u>54</u> | STIPULATION *of the Parties for Trial* by USA (Boylan, Eric) (Entered: 07/05/2024) |
| 07/08/2024 | | Minute Entry for proceedings held before Judge Reggie B. Walton: Bench Trial as to ANNA LICHNOWSKI on Counts 1, 2, 3, and 4 held on 7/8/2024. Bench Trial is continued to 7/9/2024 at 9:30 AM in Courtroom 16– In Person before Judge Reggie B. Walton. Bond Status of Defendant: remains on Personal Recognizance; Court Reporter: Sonja Reeves; Defense Attorneys: Terrell Roberts III and Augustus Invictus; US Attorneys: Eric Boylan and Jake Struebing; Government Witnesses: Inspector Lanelle Hawa and Officer Jared Pias. (zalh) (Entered: 07/08/2024) |
| 07/09/2024 | | Minute Entry for proceedings held before Judge Reggie B. Walton: Bench Trial as to ANNA LICHNOWSKI on Counts 1, 2, 3, and 4 resumed and held on 7/9/2024. Government rests. Defendant's oral motion for judgment of acquittal is heard and granted in part and denied by the Court for the reasons set forth on the record. Bench Trial is continued to 7/10/2024 at 9:30 AM in Courtroom 16– In Person before Judge Reggie B. Walton. Bond Status of Defendant: remains on Personal Recognizance; Court Reporter: Sonja Reeves; Defense Attorneys: Terrell Roberts III and Augustus Invictus; US Attorneys: Eric Boylan and Jake Struebing; Government Witnesses: Lieutenant Shawn Walton, Officer Tyrone Adonis, and Special Agent Tyler Gelsleichter; Defense Witness: Anna Lichnowski. (zalh) Modified on 7/11/2024 (zalh). (Entered: 07/09/2024) |
| 07/10/2024 | | Minute Entry for proceedings held before Judge Reggie B. Walton: Bench Trial as to ANNA LICHNOWSKI on Counts 1, 2, 3, and 4 resumed and concluded on 7/10/2024. Defense rests. Defendant's renewed oral motion for judgment of acquittal is heard and granted in part and denied in part by the Court for the reasons set forth on the record. The Court renders a VERDICT OF GUILTY on Counts 1, 2, 3, and 4. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Presentence Report due by 10/8/2024. Sentencing Memoranda due by 11/5/2024. Sentencing set for 11/8/2024 at 11:00 AM in Courtroom 16– In Person before Judge Reggie B. Walton. Bond Status of Defendant: remains on Personal Recognizance; Court Reporter: Sonja Reeves; Defense Attorneys: Terrell Roberts III and Augustus Invictus; US Attorneys: Eric Boylan and Jake Struebing; Defense Witness: Anna Lichnowski. (zalh) (Entered: 07/11/2024) |
| 07/10/2024 | <u>56</u> | GOVERNMENT'S EXHIBIT LIST by USA as to ANNA LICHNOWSKI. (zalh) (Entered: 07/11/2024) |
| 07/10/2024 | <u>57</u> | |

| | | DEFENDANT'S EXHIBIT LIST as to ANNA LICHNOWSKI. (zalh) (Entered: 07/11/2024) |
|---|---|---|
| 07/11/2024 | 58 | ORDER as to ANNA LICHNOWSKI. It is hereby ORDERED that a GUILTY verdict is entered against the defendant on all counts of the Information. Signed by Judge Reggie B. Walton on July 11, 2024. (zalh) (Entered: 07/11/2024) |
| 08/13/2024 | 59 | TRANSCRIPT OF PROCEEDINGS in case as to ANNA LICHNOWSKI before Judge Reggie B. Walton held on July 8, 2024; Page Numbers: 1−131. Date of Issuance:August 13, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/3/2024. Redacted Transcript Deadline set for 9/13/2024. Release of Transcript Restriction set for 11/11/2024.(Reeves, Sonja) (Entered: 08/13/2024) |
| 08/13/2024 | 60 | TRANSCRIPT OF PROCEEDINGS in case as to ANNA LICHNOWSKI before Judge Reggie B. Walton held on July 9, 2024; Page Numbers: 1−190. Date of Issuance:August 13, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354−3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/3/2024. Redacted Transcript Deadline set for 9/13/2024. Release of Transcript Restriction set for 11/11/2024.(Reeves, Sonja) (Entered: 08/13/2024) |
| 08/13/2024 | 61 | TRANSCRIPT OF PROCEEDINGS in case as to ANNA LICHNOWSKI before Judge Reggie B. Walton held on July 10, 2024; Page Numbers: 1−144. Date of |

| | | |
|---|---|---|
| | | Issuance:August 13, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354–3246, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/3/2024. Redacted Transcript Deadline set for 9/13/2024. Release of Transcript Restriction set for 11/11/2024.(Reeves, Sonja) (Entered: 08/13/2024) |
| 11/05/2024 | 67 | SENTENCING MEMORANDUM by USA as to ANNA LICHNOWSKI (Struebing, Jake) (Entered: 11/05/2024) |
| 11/05/2024 | 68 | NOTICE *of Exhibits* by USA as to ANNA LICHNOWSKI (Struebing, Jake) (Entered: 11/05/2024) |
| 11/05/2024 | 69 | ENTERED IN ERROR.....SENTENCING MEMORANDUM by ANNA LICHNOWSKI (Attachments: # 1 Exhibit Table of Contents, # 2 Exhibit Transcripts, Day 1, # 3 Exhibit Transcripts, Day 2, # 4 Exhibit Transcripts, Day 3, # 5 Exhibit Objections to PSI Report, # 6 Exhibit Letters to the Court)(Invictus, Augustus) Modified on 11/6/2024 (znmw). (Entered: 11/05/2024) |
| 11/06/2024 | | NOTICE OF ERROR as to ANNA LICHNOWSKI regarding 69 Sentencing Memorandum,. The following error(s) need correction: Invalid attorney signature–signature on document must match PACER login. Please refile. (znmw) (Entered: 11/06/2024) |
| 11/06/2024 | 70 | SENTENCING MEMORANDUM by ANNA LICHNOWSKI (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5)(Roberts, Terrell) (Entered: 11/06/2024) |
| 11/07/2024 | 71 | MOTION to Continue *Sentencing* by ANNA LICHNOWSKI. (Attachments: # 1 Text of Proposed Order Proposed Order)(Roberts, Terrell) (Entered: 11/07/2024) |
| 11/07/2024 | 72 | Memorandum in Opposition by USA as to ANNA LICHNOWSKI re 71 Motion to Continue *Sentencing* (Struebing, Jake) (Entered: 11/07/2024) |
| 11/07/2024 | 73 | ORDER as to ANNA LICHNOWSKI denying 71 Motion to Continue Sentencing. (See Order For Details) Signed by Judge Reggie B. Walton on 11/07/24. (mac) (Entered: 11/07/2024) |
| 11/08/2024 | | Minute Entry for Sentencing held on 11/8/2024 before Judge Reggie B. Walton as to ANNA LICHNOWSKI (1): The Court adopts the PSIR with defendant's submitted objections to be added as an addendum. Defendant sentenced to FORTY–FIVE (45) DAYS as to COUNT 1, THREE (3) YEARS supervised release with special |

| | | |
|---|---|---|
| | | conditions, and a $25 Special Assessment (total of $70). Defendant sentenced to THREE (3) YEARS Probation as to COUNT 2, and a $25 Special Assessment (total of $70). Defendant sentenced to ONE (1) YEAR Probation as to COUNT 3, and a $10 Special Assessment (total of $70). Defendant sentenced to ONE (1) YEAR Probation as to COUNT 4, and a $10 Special Assessment (total of $70). Defendant's terms of Supervision and Probation are designated to run concurrently with each other. Further, RESTITUTION is imposed in the amount of $500 and a FINE of $2,500 has been imposed on each count, to run concurrently. Defendant is permitted to self–report and is authorized to serve as close as possible to her residence. Bond Status of Defendant: PR; Court Reporter: Janice Dickman; Defense Attorney: Terrell Roberts, III and Augustus S. Invictus; US Attorney: Jake Struebing; Prob Officer: Sherry Baker (on behalf of Jessica Reichler). (mhp) (Entered: 11/21/2024) |
| 11/21/2024 | | Terminate Deadlines and Hearings as to ANNA LICHNOWSKI: presentence report ddl and sentencing memorandum ddl terminated. (mhp) (Entered: 11/21/2024) |
| 11/21/2024 | 74 | NOTICE OF APPEAL – Final Judgment by ANNA LICHNOWSKI re Sentencing,,,,,. Filing fee $ 605, receipt number ADCDC–11314496. Fee Status: Fee Paid. Parties have been notified. (Roberts, Terrell) (Entered: 11/21/2024) |
| 11/21/2024 | 75 | JUDGMENT as to ANNA LICHNOWSKI. Statement of Reasons Not Included. Signed by Judge Reggie B. Walton on 11/21/2024. (zstd) (Entered: 11/21/2024) |
| 11/21/2024 | 76 | STATEMENT OF REASONS as to ANNA LICHNOWSKI re 75 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Reggie B. Walton on 11/19/2024. (zstd) (Entered: 11/21/2024) |

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 

: 

v. : Case No.: 1:23-cr-00341-RBW-1

: 

ANNA LICHNOWSKI : 

: 

Defendant. : 

### NOTICE OF APPEAL

Notice is hereby given that Anna Lichnowski, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of conviction entered in this case on November 8, 2024.

Dated: November 21, 2024

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
(301) 699-8706 Fax
TRoberts@robertsandwood.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was electronically filed on November 21, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

AUSA Eric. W. Boylan
AUSA Jake E. Strubing
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia ▾

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ANNA LICHNOWSKI** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 1:23-CR-00341-1 (RBW)<br><br>USM Number: 70264-510<br><br>Terrell Roberts, III, Augustus S. Invictus<br><u>Defendant's Attorney</u> |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)    1, 2, 3 and 4 of the Information filed on 9/28/2023.
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restrictied Building or Grounds | 1/6/2021 | 1 |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 2 |

The defendant is sentenced as provided in pages 2 through    9    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/8/2024
_____
Date of Imposition of Judgment

_____
Signature of Judge

Reggie B. Walton, U.S. District Judge
_____
Name and Title of Judge

November 21, 2024
_____
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __9__

DEFENDANT: ANNA LICHNOWSKI
CASE NUMBER: 1:23-CR-00341-1 (RBW)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 3 |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 4 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
       Sheet 2 — Imprisonment

Judgment — Page   3   of   9 

DEFENDANT:   ANNA LICHNOWSKI
CASE NUMBER:  1:23-CR-00341-1 (RBW)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

FORTY-FIVE (45) DAYS as to Count 1.

☑ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant be placed, if possible, at a facility near Miami, Florida, within close proximity to her residence.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page    4    of    9

DEFENDANT:   ANNA LICHNOWSKI
CASE NUMBER:   1:23-CR-00341-1 (RBW)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

THREE (3) YEARS on Count 1.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you
    pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3A — Supervised Release

Judgment—Page _____ 5 _____ of _____ 9

DEFENDANT: ANNA LICHNOWSKI
CASE NUMBER: 1:23-CR-00341-1 (RBW)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature    _____    Date _____

DEFENDANT: ANNA LICHNOWSKI
CASE NUMBER: 1:23-CR-00341-1 (RBW)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Payment Schedule - Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Restitution - The defendant is ordered to pay Restitution in the amount of $500.

Special Assessment - The defendant shall pay a Special Assessment of $25.00 as to Count 1, $25.00 as to Count 2, $10.00 as to Count 3, and $10.00 as to Count 4, for a total of $70.00. The Special Assessment if not paid immediately, shall be paid in full within THIRTY (30) DAYS of release from imprisonment.

Fine - The defendant shall pay a fine of $2,500.00 as to Counts 1 and 2 (per charge), and a fine of $2,500.00 as to Counts 3 and 4 (per charge), and all amounts are designated to run concurrently. Accordingly, the total amount of the fine is $2,500.00. Payment of the fine shall start SIXTY (60) DAYS after the defendant's release from imprisonment, and the defendant shall make payments of at least $100.00 per month.

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information until all financial obligations imposed by the Court are satisfied. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer until all financial obligations imposed by the Court are satisfied.

Location Restriction - You must not knowingly enter the United States Capitol Building or onto surrounding grounds known as Capitol Square and consisting of the square block bounded by Constitution Avenue, NW and NE, to First Street, NE and SE, to Independence Avenue, SE an SW, to First Street, SW and NW, comprising the Property under any circumstances, without first obtaining the permission of the probation officer and/or the Court.

Location Restriction - You must not knowingly enter the District of Columbia without first obtaining the permission of the probation officer and/or the Court.

Community Service - You must complete 200 hours of community service at a rate of four (4) hours per week. The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 4—Probation

DEFENDANT:  ANNA LICHNOWSKI
CASE NUMBER:  1:23-CR-00341-1 (RBW)

## PROBATION

You are hereby sentenced to probation for a term of:

THREE (3) YEARS. This consists of a term of THREE (3) YEARS as to Count 2, and ONE (1) YEAR as to Counts 3 and 4. These terms are designated to run concurrently with each other as well as with the defendant's supervised release.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8.   You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9.   If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10.  You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page     8     of     9

DEFENDANT: ANNA LICHNOWSKI
CASE NUMBER: 1:23-CR-00341-1 (RBW)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment\*** | **JVTA Assessment\*\*** |
|---|---|---|---|---|---|
| **TOTALS** | $ 70.00 | $ 500.00 | $ 2,500.00 | $ | $ |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Payable to the United States District and | | | |
| Bankruptcy Court for the District of | | | |
| Columbia for disbursement to the following | | | |
| victim: | | | |
| Architect of the Capitol | | $500.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |

| **TOTALS** | $ _____ 0.00 | $ _____ 500.00 |
|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑   the interest requirement is waived for the      ☑  fine   ☑  restitution.

    ☐   the interest requirement for the      ☐   fine    ☐   restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page  9  of  9 

DEFENDANT: ANNA LICHNOWSKI
CASE NUMBER: 1:23-CR-00341-1 (RBW)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 70.00     due immediately, balance due

     ☐ not later than _____ , or
     ☑ in accordance with ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ \_\_\_\_\_ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ \_\_\_\_\_ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

    The financial obligations - Fine, Restitution, and Special Assessment - are payable to the Clerk of the Court for
    the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of
    address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in
    full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names                        Joint and Several            Corresponding Payee,
*(including defendant number)*         Total Amount            Amount               if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.