# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 24-3164            1a. Criminal Action Number: 1:23-cr-00341
2. Case Name: Anna Lichnowski v. United States of America
3. Appellant's Name: Anna Lichnowski
    3a. Appellant's Defendant No.: _____      3b. Appellant's Fed. Reg/PDID No. _____
4. Date of conviction 11-8-24        4a. Date of sentence 11-21-24
5. Name of District Court Judge Reggie B. Walton
6. Date of Notice of Appeal Filed: 11-21-24
7. Offense(s) of conviction: Entering restricted bldg., disorderly conduct in restricted bldg., disorderly con(
8. Did appellant plead guilty?                ○ Yes  ● No
9. What sentence was imposed? 45 days imprisonment and $$2,500 fine
10. How much of the sentence has appellant served? _____
11. Is appellant challenging the conviction?   ● Yes ○ No
12. Is appellant challenging the sentence?     ● Yes ○ No
13. Has appellant filed a post-conviction motion?  ○ Yes ● No
    If yes, what motion, date filed, and disposition: _____
14. Is appellant incarcerated?                 ○ Yes ○ No
    If yes, where: _____
    If no, address: _____                    Phone ( ___ ) _____
15. Has appellant moved for release pending appeal in District Court?  ● Yes ○ No
    If yes, date filed 12-6-24    Disposition: _____
    If no, does defendant intend to file such a motion in the District Court? ○ Yes ○ No
16. Will appellant file a motion for release pending appeal in court of appeals?  ● Yes ○ No
17. Did appellant have court-appointed counsel in District Court?   ○ Yes ● No
18. Does counsel appointed in District Court wish to continue on appeal?  ○ Yes ● No
19. Did defendant have retained counsel in district court?          ● Yes ○ No
    If yes, will case proceed on appeal with retained counsel?      ● Yes ○ No
    If no, will appellant seek appointment of counsel on appeal?    ○ Yes ○ No
    If no, has a motion to proceed in forma pauperis been filed?    ○ Yes ○ No
20. Has counsel ordered transcripts?            ● Yes ○ No
21. If yes, from what proceedings: Proceedings on 7-1-24, 7-8-24, 7-9-24, 7-19-24, 11-8-24
22. If yes, when will transcripts be completed? 12-25-24
23. Did counsel seek expedited preparation of sentencing transcripts?  ○ Yes ● No

Signature _[signature]_                                            Date 12-13-24
Name of Party Terrell N. Roberts, III
Firm Address 6801 Kenilworth Avenue, Suite 202, Riverdale, Maryland 20737
                                        Phone ( 301 ) 699-0764      Fax ( 301 ) 699-8706

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)