# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3164**　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:23-cr-00341-RBW-1**

**Filed On:** January 17, 2025

United States of America,

　　　　Appellee

　　v.

Anna Lichnowski,

　　　　Appellant

　　**BEFORE:**　Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

　　Upon consideration of the motion for release pending appeal, the response thereto, and the reply, it is

　　**ORDERED** that the motion be denied. Appellant has not shown that this appeal presents substantial questions of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. See 18 U.S.C. § 3143(b)(1); United States v. Perholtz, 836 F.2d 554, 555 (D.C. Cir. 1987) (per curiam); see also Griffin v. United States, 119 F.4th 1001, 1004 (D.C. Cir. 2024) (conviction under 18 U.S.C. § 1752(a)(1) does not require government to establish that defendant knew reason for restriction); July 10, 2024 Trial Tr. at 120 (finding that, even if the government were required to prove appellant's knowledge of the reason for the Capitol's restricted status, it "proved beyond a reasonable doubt her knowledge in that regard").

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　　　Deputy Clerk